UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

TIAN QIANG LI,
a/k/a "Ah-Qing,"

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/19/2019__

18 Cr. 801 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing scheduled for December 5, 2019, at 12:00 p.m. is RESCHEDULED to **December 5, 2019**, at **11:40 a.m.**

SO ORDERED.

Dated: November 19, 2019
New York, New York

ANALISA TORRES
United States District Judge