

Tel: (888) 315-9

E. Brill
d Gray
nicelli*
icken*
hella*

*Of Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2019

November 26, 2019

**Via ECF**

Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:    *United States v. Li, 18 Cr. 801*

Dear Judge Torres:

    I am writing to request that the sentencing currently scheduled for Thursday, December 5th be rescheduled to the afternoon of December 20th, December 23rd, January 6th, 2020 or any date thereafter. Beginning on December 2nd I will be engaged in a trial before Judge Pauley, which is expected to last for two weeks. As such, I will be unable to complete Mr. Li's sentencing submission in a timely manner.

    Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

GRANTED. The sentencing scheduled for December 5, 2019, is ADJOURNED to **January 15, 2020**, at **12:00 p.m.** By **January 2, 2020**, Defendant shall file his sentencing submission. By **January 8, 2020**, the Government shall file its sentencing submission.

SO ORDERED.

Dated: November 26, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788