USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/3/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TIAN QIANG LI,
    a/k/a "Ah-Qing,"

                Defendant.

18 Cr. 801 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 26, 2019, the Court ordered Defendant to file his sentencing submission by January 2, 2020. ECF No. 22. That submission is now overdue. Accordingly, it is ORDERED that Defendant file his sentencing submission by **January 6, 2020**. It is further ORDERED that the Government shall file its sentencing submission by **January 13, 2020**.

    SO ORDERED.

Dated: January 3, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge