USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/9/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TIAN QIANG LI,
      a/k/a "Ah-Qing,"

                     Defendant.

18 Cr. 801 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing scheduled for January 15, 2020, is hereby ADJOURNED to **January 21, 2020**, at **2:00 p.m.**

      SO ORDERED.

Dated: January 9, 2020
       New York, New York

ANALISA TORRES
United States District Judge