

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2021

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 2, 2021

**BY ECF AND EMAIL**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Tian Qiang Li**, 18 Cr. 801 (AT)

Dear Judge Torres:

Pursuant to the July 19, 2021 Order of the Honorable Katharine H. Parker, United States Magistrate Judge, (Dkt. 30), the Government writes to update the Court on the progress being made towards finding an inpatient drug treatment facility for the defendant. Following the defendant's July 19 arrest and presentment on a violation of supervised release, the United States Probation Offices for the Eastern District of New York and Southern District of New York (collectively, "Probation") have been working to locate an inpatient facility that can accommodate the defendant as a Mandarin speaker. Earlier today, the defendant participated in an interview with one facility, but that facility is unable to host the defendant due to his language needs. Probation has since identified another facility, but the details of that placement remain pending. The parties are scheduled to appear before the Court on September 14, 2021. The Government respectfully requests that it be permitted to provide the Court with another letter update on or before August 16, 2021. The Government has conferred with defense counsel, who has consented to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *Alexandra Rothman*
Alexandra N. Rothman
Assistant United States Attorney
(212) 637-2580

GRANTED.

SO ORDERED.

Dated: August 4, 2021
       New York, New York

*Analisa Torres*
ANALISA TORRES
United States District Judge