USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

Tian Qian Li ,
                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

18 -CR- 801 (AT) ( )

Defendant __Tian Qian Li_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/ Tian Qian Li by the Court with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Tian Qian Li**
_____
Print Defendant's Name

_____
Defense Counsel's Signature

**Peter E. Brill**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

9/10/2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge