```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/10/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TIAN QIANG LI,
    a/k/a "Ah-Qing,"

                Defendant.

18 Cr. 801 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    As stated on the record today, September 10, 2021, Defendant shall be RELEASED pending further proceedings in this matter, with the additional condition of supervised release of home confinement with location monitoring at the discretion of the United States Probation Office.

    SO ORDERED.

Dated: September 10, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge