```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/17/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

      -against-

TIAN QIANG LI,
      a/k/a "Ah-Qing,"

                        Defendant.

18 Cr. 801 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 12, 2021, the Court issued a summons directing the Defendant to appear for a hearing scheduled for November 29, 2021. That hearing is now ADJOURNED to **November 30, 2021**, at **4:30 p.m.**, and shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

    https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf.

    All individuals must practice social distancing at all times in the courthouse. Individuals must wear a mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, and masks with valves are not permitted.

    SO ORDERED.

Dated: November 17, 2021
       New York, New York

                                                ANALISA TORRES
                                           United States District Judge