UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TIAN QIANG LI,
a/k/a "Ah-Qing,"

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED:   4/11/2022
```

18 Cr. 801 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing for Defendant's violation of supervised release scheduled for March 22, 2022, is ADJOURNED to **June 8, 2022**, at **12:00 p.m.**, and shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

https://nysd.uscourts.gov/covid-19-coronavirus

All individuals must practice social distancing at all times in the courthouse.  Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse.  Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.  An approved mask will be provided if an individual does not have one.

SO ORDERED.

Dated: April 11, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge