UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

TIAN QIANG LI,
        a/k/a "Ah-Qing,"

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/27/2022__

18 Cr. 801 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant Li (USM: 86748-054; DOB: October 16, 1984) was sentenced to a term of imprisonment of time served in the above-captioned matter, and is, therefore, to be released, subject to any detainers or other custodial sentences.

    SO ORDERED.

Dated: July 27, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge